RECEIVED
IN LAKE CHARLES, LA

DEC 21 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| EDGAR SEARCY<br>FED. REG. #04726-031 | CIVIL ACTION NO. 2:12-CV-1556<br>SECTION P |
| VS. | JUDGE MINALDI |
| JOSEPH P. YOUNG, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 12] of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that the petitioner's petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the petitioner's separate motion for a preliminary injunction and temporary restraining [Doc. 10] order is **DENIED**.

Lake Charles, Louisiana, on this 20 day of December, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE